UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD EUGENE TATUM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LEROY BACA, et al.,<br><br>　　　　Defendants. | NO. CV 13-00554-R (MAN)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all of the records herein, the Report and Recommendation of United States Magistrate Judge ("Report"), Plaintiff's Objections to the Report and other post-Report filings, and the Final Report and Recommendation of United States Magistrate Judge ("Final Report"). Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a de novo review of those matters to which objections have been stated in writing as well as plaintiff's evidentiary submissions filed after the Report issued.

　　　　Having completed its review, the Court accepts the findings and recommendations set forth in the Final Report.

1  IT IS ORDERED that Judgment shall be entered dismissing this action without
2 prejudice, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

4  LET JUDGMENT BE ENTERED ACCORDINGLY.

6 DATED: October 22, 2013 .

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　MANUEL L. REAL
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE