UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD EUGENE TATUM, | NO. CV 13-00554-R (MAN) |
| Plaintiff, | |
| v. | JUDGMENT |
| LEROY BACA, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting Findings And Recommendations Of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

DATED: October 22, 2013.

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE